NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARMEN L. WILLIAMS a/k/a CARMEN JACKSON,<br><br>          Plaintiff,<br><br>     v.<br><br>KAZTRONIX, et al.<br><br>          Defendants. | Civil Action No. 13-652 (ES)<br><br>ORDER |

SALAS, DISTRICT JUDGE

   IT IS on this **26th day of March 2014**,

   ORDERED that Defendants LifeCell and Kaztronix's motions to dismiss Plaintiff's Complaint, (D.E. Nos. 14 & 15), pursuant to Fed. R. Civ. P. 12(b)(6), are GRANTED *with prejudice*; and it is further

   ORDERED that the Clerk of Court shall terminate the motions in accordance with this Order and close the case.

   An Opinion will follow this Order.

                                                              *s/Esther Salas*
                                                              **Esther Salas, U.S.D.J.**